unpublished per curiam opinion.

[No. 4306-1-III. Division Three. February 9, 1982.]

EMMETT M. WOOD, ET AL, *Appellants,* v. WILBUR L. SCOTT, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Stevens County, No. 21699, Donald N. Olson, J., entered November 24, 1980. *Affirmed* by unpublished per curiam opinion.

[No. 4371-1-III. Division Three. February 9, 1982.]

*In the Matter of the Marriage of* RICHARD ALLYN WOODWARD, *Respondent, and* PATRICIA ELAINE WOODWARD, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 28386, Clinton J. Merritt, J., entered January 16, 1981. *Affirmed as modified* by unpublished opinion per Roe, J., concurred in by McInturff, C.J., and Green, J.

[No. 4277-4-III. Division Three. February 11, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM LEE THOMPSON, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 80-1-00863-4, Thomas E. Merryman, J., entered December 1, 1980. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.